```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>JUAN ALBERTO MEJIA | HONORABLE JOSEPH E. IRENAS<br><br>CRIMINAL ACTION NO. 07-650<br><br>**ORDER**<br>**(Docket Nos. 19, 20, 22)** |

**APPEARANCES:**

Jason M. Richardson, Esq.
Office of the United States Attorney
401 Market Street
P.O. Box 1427
Camden, NJ 08101
     Counsel for United States of America

Juan Alberto Mejia, *pro se*
Reg. No. 41395-050
CI Moshannon Valley
Correctional Institution
555 I Cornell Drive
Philipsburg, PA 16866


**IRENAS**, Senior District Judge:

     This matter having appeared before the Court on Defendant Juan Alberto Mejia's Motions for the Return of Personal Property (Dkt. Nos. 19, 22), and Defendant's Motion for Immediate Deportation (Dkt. No. 20), the Court having considered the submissions of the parties, and for the reasons set forth by this Court on even date herewith, and for good cause appearing;

**IT IS** on this __27__ th day of May, 2009,

**ORDERED THAT:**

(1) Defendant's Motions for the Return of Personal Property Pursuant to Fed. R. Crim. P. 41(g) are hereby **DENIED WITHOUT PREJUDICE.**

(2) Defendant's Motion for Immediate Deportation is hereby **DENIED WITH PREJUDICE.**

                                                                 s/ Joseph E. Irenas
                                             **JOSEPH E. IRENAS, S.U.S.D.J.**